UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON POTTER, | ) |
| | ) |
| Petitioner, | ) |
| | ) C.A. NO. 04-40052-FDS |
| v. | ) |
| | ) |
| DAVID WINN, | ) |
| | ) |
| Respondent. | ) |

**RESPONDENT'S MOTION TO EXTEND TIME IN WHICH TO RESPOND TO PETITIONER'S COMPLAINT FOR HABEAS CORPUS**

Now comes the above-captioned Respondent[1] and hereby moves this Court for an extension of time **up to and including November 15, 2004,** to respond to Petitioner's Complaint. As reasons therefore, the undersigned counsel for Respondent asserts that such an additional extension of time will allow the Assistant U.S. Attorney the necessary time to obtain relevant facts and background information of this matter from the relevant agency (Bureau of Prisons) to respond adequately to the allegations in the Complaint.

WHEREFORE, Respondent respectfully requests that this Court allows his motion for an extension of time **up to and including November 15, 2004**, to respond to the Petitioner's Complaint.

---

[1] This motion is not intended to be a responsive pleading. By the filing of this motion, Respondent is not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to it in the normal course of filing a responsive pleading. Respondent intends to raise those defenses when it answers or otherwise responds to the Complaint.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   s/s Michael P. Sady
       Michael P. Sady
       Assistant U.S. Attorney
       John Joseph Moakley Federal Courthouse
       Suite 9200
       Boston, MA 02210
       (617) 748-3100

Dated: September 24, 2004

## CERTIFICATION UNDER L.R. 7.1

Because Plaintiff is a prisoner currently incarcerated in a state correctional facility, counsel for the United States respectfully requests leave to file this Motion without a 7.1 conference.

       /s/ Michael P. Sady
       Michael P. Sady
       Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on, I caused a copy of the foregoing Motion to be served on September 24, 2004 by first class mail, postage pre-paid to Petitioner, at Federal Reg. No. 11019-040, Housing Unit J-B, Federal Medical Center, Devens, P.O. Box 879, Ayer, MA 01432

       /s/ Michael Sady
       Michael Sady
       Assistant U.S. Attorney