UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON POTTER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DAVID L. WINN, Warden, )<br>)<br>Respondent. )<br>) | C.A. No. 04-40052-FDS |

**DEFENDANT'S MOTION TO EXTEND TIME
IN WHICH TO RESPOND TO**

Now comes the above-captioned Respondent,[1] and hereby move this Court for an extension of time **up to and including December 6, 2004**, to respond to answer or otherwise respond to Petitioner's Complaint..  As reasons therefore, the undersigned counsel for Respondent asserts that such an extension will allow the Assistant U.S. Attorney the additional time to obtain relevant facts and background information of this matter from the relevant agency (Bureau of Prisons).

WHEREFORE, Respondent respectfully requests that this Court allows its motion for an

---

[1] This motion is not intended to be a responsive pleading.  By the filing of this motion, Defendants are not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to it in the normal course of filing a responsive pleading. Defendants intend to raise those defenses when it answers or otherwise responds to the Motion.

extension of time **up to and including December 6, 2004**, to answer or otherwise respond to the Petition.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                                /s/ Michael Sady
                      By:    Michael Sady
                             Assistant U.S. Attorney
                             John Joseph Moakley U.S. Courthouse
                             Suite 9200
                             Boston, MA 02210
                             (617) 748-3100

Dated: November 12, 2004

## CERTIFICATE OF SERVICE

     I certify that on November 12, 2004, I caused a copy of the foregoing Motion to be served by first class mail, postage pre-paid to, at FMC Devens, P. O. Box 879, Ayer, MA 01432.

                                                /s/ Michael Sady
                                                Michael Sady
                                                Assistant United States Attorney

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

     Because Petitioner is a prisoner currently incarcerated in a correctional facility, counsel for the United States respectfully requests leave to file this Motion without a 7.1 conference.

                                                /s/ Michael Sady
                                                Michael Sady
                                                Assistant U.S. Attorney