UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON POTTER, | ) |
| Petitioner, | ) |
| v. | ) C.A. No. 04-40052-FDS |
| DAVID L. WINN, Warden, | ) |
| Respondent. | ) |

**RESPONDENT'S MOTION TO DISMISS**

The Respondent, David L. Winn, hereby moves this Court to dismiss the instant Petition since (1) Petitioner has failed to exhaust his administrative remedies, and (2) the Petition fails to state a claim upon which relief may be granted.

Respondent relies on his Memorandum of Law filed simultaneously herewith.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Michael Sady
Michael Sady
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: December 6, 2004

**CERTIFICATE OF SERVICE**

      I certify that on December 6, 2004, I caused a copy of the foregoing Memorandum of Law in Support of Respondent's Motion to Dismissed to be served by first class mail, postage pre-paid to Petitioner at FMC Devens, P. O. Box 879, Ayer, MA  01432.

      /s/ Michael Sady
      Michael Sady
      Assistant United States Attorney

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1**

      Because Petitioner is a prisoner currently incarcerated in a correctional facility, counsel for the United States respectfully requests leave to file this Motion without a 7.1 conference.

      /s/ Michael Sady
      Michael Sady
      Assistant U.S. Attorney