UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred _____

Poter, _____

V.

CA/CR No. ___04-40052___

Winn, _____

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _Swartwood_ for the following proceedings:

    (A)  Referred for full pretrial case management, including all dispositive motions.

☐  (B)  Referred for full pretrial case management, <u>not</u> including dispositive motions:

☐  (C)  Referred for discovery purposes only.

X (D)  Referred for Report and Recommendation on:

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    (X) Motion(s) to dismiss
    ( ) Post Conviction Proceedings[1]
    See Documents Numbered: ___6___

    (E)  Case referred for events only. See Doc. No(s). _____

☐  (F)  Case referred for settlement.

☐  (G)  Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

X (H)  Special Instructions: ___R&R on motion to dismiss___

___4/7/05___
Date

By: _/s/ Martin Castles_
Deputy Clerk

(Order of Reference Revised.wpd - 12/98)

[oref., koref.]