**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JASON POTTER,**  ) | |
| ) | |
| **Petitioner,**  ) | |
| )  **Civil Action No.** | |
| **v.**  )  **04-40052-FDS** | |
| ) | |
| **DAVID L. WINN, Warden,**  ) | |
| ) | |
| **Respondent.**  ) | |
| ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**SAYLOR, J.**

The Court has reviewed the Report and Recommendation of the Chief Magistrate Judge

dated June 15, 2005, recommending, pursuant to 28 U.S.C. § 636(b)(1)(B), that Respondent's

Motion to Dismiss (Docket #6) be allowed.  No written objections have been filed by either party,

and the Court agrees in all respects with the conclusions of the Chief Magistrate Judge.

Accordingly, the Report and Recommendation is hereby accepted pursuant to 28 U.S.C. §

636(b)(1), and the Motion to Dismiss is GRANTED.

**So Ordered.**

                                                    /s/ F. Dennis Saylor
                                                    F. Dennis Saylor IV
                                                    United States District Judge

Dated: July 20, 2005