UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jason Potter,
        Petitioner,

        v.

David L. Winn,
        Respondent,

CIVIL ACTION
NO. 04-40052-FDS

ORDER OF DISMISSAL

Saylor, D.J.

In accordance with the Court's approval of the Report and Recommendation issued on 7/20/05, it is hereby ORDERED that the defendant's motion to dismiss (Docket No. 6) is granted and the above-entitled action be and hereby is dismissed.

By the Court,

   7/20/05                      /s/ Martin Castles
    Date                             Deputy Clerk
                                    508-929-9904

(Dismendo.ord - 09/92)